GEORGE E. SCHULMAN (State Bar No. 064572)
GSCHULMAN@DGDK.COM
JOHN N. TEDFORD, IV (State Bar No. 205537)
JTEDFORD@DGDK.COM
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

Attorneys for Plaintiff R. Todd Neilson, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PECK/JONES CONSTRUCTION CORPORATION,<br><br>    Debtor. | Case No. 2:04-bk-35757-VZ<br><br>Chapter 7 |
| R. TODD NEILSON, CHAPTER 7 TRUSTEE,<br><br>    Plaintiff,<br><br>vs.<br><br>ALAN G. FRIEDBERG, an individual,<br><br>    Defendant. | Adv. No. 2:07-ap-01513-VZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the direction of the above-entitled court at the pretrial conference held on May 28, 2009, in view of, among other things, the pending voluntary Chapter 7 bankruptcy case filed by defendant Alan G. Friedberg in the Southern District of New York, case number 08-35875-cgm, and entry of Mr. Friedberg's discharge on or about October 31, 2008, plaintiff R. Todd Neilson,

///

///

///

338558.01 [XP] 24132

| | |
|---|---|
| 1 | Chapter 7 trustee for the estate of Peck/Jones Construction Corporation, hereby dismisses the |
| 2 | above-captioned adversary proceeding <u>without prejudice</u>. |
| 3 | |
| 4 | Dated: May 28, 2009                   DANNING, GILL, DIAMOND & KOLLITZ, LLP |

By: _/s/ John Tedford IV_
John N. Tedford, IV
Attorneys for Plaintiff R. Todd Neilson,
Chapter 7 Trustee

338558.01 [XP] 24132

| In re: PECK/JONES CONSTRUCTION CORPORATION | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:04-bk-35757-VZ |
| | Adv. No. 2:07-ap-01513-VZ |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Danning, Gill, Diamond & Kollitz, LLP, 2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 28, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Alan I Nahmias    anahmias@prnlaw.com, jdale@mirmanbubman.com
John N Tedford    jtedford@dgdk.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL:**
On May 28, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Via U.S. Mail: The Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 East Temple Street, Suite 1360, Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 28, 2009    Cindy Cripe    /s/ Cindy Cripe
Date              Type Name              Signature

-3-

338558.01 [XP] 24132

| | |
|---|---|
| 1 | **II. SERVED BY U.S. MAIL:** |
| 2 | |
| 3 | Alan G. Friedberg<br>P.O. Box 1130 |
| 4 | Rock Hill, NY 12775 |
| 5 | R. Todd Neilson<br>LECG, LLC |
| 6 | 2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067 |
| 7 | |
| 8 | Thomas Genova<br>Genova & Malin<br>Hampton Business Center |
| 9 | 1136 Route 9<br>Wappingers Falls, NY 12590 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

338558.01 [XP] 24132